B5 (Official Form 5) (12/07)     FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Scandia Seafood (New York), Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**13-3619826** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**260A Secaucus Road**<br>**Secaucus, NJ 07094** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Mitchell S. Iden, Esq.**<br>**Tannenbaum Dubin & Robinson**<br>**1140 Avenue of the Americas**<br>**New York, NY 10036** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Hudson** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**Donald F. Campbell, Jr. Esq. Assignee, Giordano Halleran & Ciesla, P.C., 125 Half Mile Rd # 300, Red Bank, NJ 07701** ||

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
3.b. ■ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor  **Scandia Seafood (New York), Inc.**

**B5 (Official Form 5) (12/07) - Page 2**                                                                            Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. |

X **/s/ James Devito, CFO**                                                         X **/s/ Douglas T. Tabachnik, Esq.**          March 28, 2017
   Signature of Petitioner or Representative (State title)                             Signature of Attorney                          Date

**Clear Water Fish Co, Inc.**               **March 28, 2017**                      **Douglas T. Tabachnik, Esq.**
Name of Petitioner                              Date Signed                          Name of Attorney Firm (If any)
                                                                                     **Law Offices of Douglas T. Tabachnik, P.C.**
Name & Mailing          **James Devito, CFO**                                        **63 West Main Street**
Address of Individual   **800 Food Center Drive 115**                                **Suite C**
Signing in Representative **Bronx, NY 10474**                                        **Freehold, NJ 07728**
Capacity                                                                             Address
                                                                                     Telephone No.    **732-780-2760**

X **/s/ Mark Rudes**                                                                X **/s/ Douglas T. Tabachnik, Esq.**           March 28, 2017
   Signature of Petitioner or Representative (State title)                             Signature of Attorney                          Date

**Beyer Lightning Fish Co. Inc.**           **March 28, 2017**                      **Douglas T. Tabachnik, Esq.**
Name of Petitioner                              Date Signed                          Name of Attorney Firm (If any)
                                                                                     **Law Offices of Douglas T. Tabachnik, P.C**
Name & Mailing          **Mark Rudes**                                               **63 West Main Street**
Address of Individual   **800 Food Center Drive Unit 117**                           **Suite C**
Signing in Representative **Bronx, NY 10474**                                        **Freehold, NJ 07728**
Capacity                                                                             Address
                                                                                     Telephone No.    **732-780-2760**

X **/s/ Edward Monani, President**                                                  X **/s/**                                       March 28, 2017
   Signature of Petitioner or Representative (State title)                             Signature of Attorney                          Date

**Joe Monani Fish Co.**                     **March 28, 2017**
Name of Petitioner                              Date Signed                          Name of Attorney Firm (If any)

Name & Mailing          **Edward Monani, President**
Address of Individual   **800 Food Center Drive**
Signing in Representative **Unit #60**
Capacity                **Bronx, NY 10474**                                          Address
                                                                                     Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Clear Water Fish Co, Inc.**<br>**800 Food Center Drive 115**<br>**Bronx, NY 10474** | **Goods Sold** | **133,940.16** |
| **Beyer Lightning Fish Co. Inc.**<br>**800 Food Center Drive Unit 117**<br>**Bronx, NY 10474** | **Goods Sold** | **61,700.95** |
| **Joe Monani Fish Co.**<br>**800 Food Center Drive #60**<br>**Bronx, NY 10474** | **Goods Sold** | **2,524.09** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**389,860.49** |

__2__ continuation sheets attached

Name of Debtor **Scandia Seafood (New York), Inc.**

B5 (Official Form 5) (12/07) - Page 2     Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Anthony Grippa**                                       X **/s/**                                              March 28, 2017
Signature of Petitioner or Representative (State title)        Signature of Attorney                                  Date

**Universal Seafood, Inc.**            March 28, 2017
Name of Petitioner                     Date Signed         Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Anthony Grippa**
**800 Food Center Drive**
**Bronx, NY 10474**

Address
Telephone No._____

X **/s/ Robert Pompilio, President**                           X **/s/**                                              March 28, 2017
Signature of Petitioner or Representative (State title)        Signature of Attorney                                  Date

**R&R Ocean Products Unlimited, Inc.**   March 28, 2017
Name of Petitioner                       Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Robert Pompilio, President**
**PO Box 237**
**Howell, NJ 07731**

Address
Telephone No._____

X **/s/ Chip Wilson, CFO**                                     X **/s/**                                              March 28, 2017
Signature of Petitioner or Representative (State title)        Signature of Attorney                                  Date

**Blue Harvest Foods LLC**             March 28, 2017
Name of Petitioner                     Date Signed         Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Chip Wilson, CFO**
**PO Box 11059**
**Naples, FL 34101**

Address
Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Universal Seafood, Inc.**<br>**800 Food Center Drive**<br>**Unit 36**<br>**Bronx, NY 10474** | **Goods Sold** | 27,519.56 |
| **R&R Ocean Products Unlimited, Inc.**<br>**PO Box 237**<br>**Howell, NJ 07731** | **Goods Sold** | 1,668.45 |
| **Blue Harvest Foods LLC**<br>**PO Box 11059**<br>**Naples, FL 34101** | **Goods Sold** | 18,161.55 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 389,860.49 |

__1__ of __2__ continuation sheets attached

Name of Debtor  **Scandia Seafood (New York), Inc.**

**B5 (Official Form 5) (12/07) - Page 2**     Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Joseph Gurrera, CEO**                                X **/s/**                                         March 28, 2017
  Signature of Petitioner or Representative (State title)      Signature of Attorney                            Date

**Lockwood & Winant**                    March 28, 2017
Name of Petitioner                       Date Signed         Name of Attorney Firm (If any)

Name & Mailing          **Joseph Gurrera, CEO**
Address of Individual   **800 Food Center Drive**
Signing in Representative **Unit #99**
Capacity                **Bronx, NY 10474**                  Address
                                                             Telephone No.

X **/s/ Dennis Schneider**                                   X **/s/**                                         March 28, 2017
  Signature of Petitioner or Representative (State title)      Signature of Attorney                            Date

**Montauk Seafood Co., Inc.**            March 28, 2017
Name of Petitioner                       Date Signed         Name of Attorney Firm (If any)

Name & Mailing          **Dennis Schneider**
Address of Individual   **800 Food Center Drive**
Signing in Representative **Unit 81**
Capacity                **Bronx, NY 10474**                  Address
                                                             Telephone No.

X **/s/ Scott Bernstein**                                    X **/s/**                                         March 28, 2017
  Signature of Petitioner or Representative (State title)      Signature of Attorney                            Date

**JMS Seasonal Seafood Corp.**           March 28, 2017
Name of Petitioner                       Date Signed         Name of Attorney Firm (If any)

Name & Mailing          **Scott Bernstein**
Address of Individual   **800 Food Center Drive**
Signing in Representative **Unit 52**
Capacity                **Bronx, NY 10474**                  Address
                                                             Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Lockwood & Winant**<br>**800 Food Center Drive**<br>**Unit #99**<br>**Bronx, NY 10474** | **Goods Sold** | 119,385.20 |
| **Montauk Seafood Co., Inc.**<br>**800 Food Center Drive**<br>**Unit 81**<br>**Bronx, NY 10474** | **Goods Sold** | 9,525.00 |
| **JMS Seasonal Seafood Corp.**<br>**800 Food Center Drive**<br>**Unit 52**<br>**Bronx, NY 10474** | **Goods Sold** | 15,435.53 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 389,860.49 |

   **2**  of  **2**  continuation sheets attached