# LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

WOODHULL HOUSE
63 WEST MAIN STREET
SUITE C
FREEHOLD, NEW JERSEY 07728

NEW YORK OFFICE:
43 WEST 43RD STREET, STE. 21
NEW YORK, NY 10036-7424

(732) 780-2760 (VOICE)
(732) 780-2761 (FAX)
WWW.DTTLAW.COM

DOUGLAS T. TABACHNIK
Admitted in NY and NJ

CERTIFIED BY THE
AMERICAN BOARD OF
CERTIFICATION IN
BUSINESS BANKRUPTCY LAW[1]

Reply to: New Jersey

March 30, 2017

Hon. Michael E. Wiles, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

   Re: In re: Scandia Seafood (New York), Inc., chapter 7 case no 17-10744 (MEW)

Dear Judge Wiles:

   The undersigned represents certain of the petitioning creditors (Movants) in the above captioned involuntary chapter 7 case. Enclosed please find for your consideration the following:

1. Movants' *ex parte* Motion for examination under Fed. R. Bankr. P. 2004,
2. a proposed order with an Exhibit A, consisting of seven proposed subpoenas, and
3. a CD ROM with a digital copy of the Proposed Order and Exhibit A.

   If the Motion and Proposed Order meets with Your Honor's approval, we would respectfully request that the same be entered, subject to such modification, if any, as Your Honor deems appropriate.

   Thank you for your consideration of this matter.

   Respectfully submitted,

   Douglas T. Tabachnik

Enclosures

---

[1] The American Board of Certification is a nonprofit organization jointly sponsored by the American Bankruptcy Institute and the Commercial Law League of America and accredited by the American Bar Association. ABC logo used with permission.