UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 7 |
|  | : |  |
| SCANDIA SEAFOOD (NEW YORK), INC. | : | Case No. 17-10744 (MEW) |
|  | : |  |
| Debtor. | : |  |

ORDER DIRECTING THE FILING OF SCHEDULES AND OTHER DOCUMENTS

On May 8, 2017, an Order for Relief [Dkt. # 39] was entered in the above-captioned case. Therefore, schedules, statements, lists, and other documents are required to be filed under the Federal and Local Rules of Bankruptcy Procedure.  Based upon the foregoing, it is hereby

ORDERED that the Debtor shall file all schedules, statements, lists, and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure within fourteen days from the date of entry of this Order.

Dated: New York, New York
       May 9, 2017

                                            /s/ **Michael E. Wiles**
                                            UNITED STATES BANKRUPTCY JUDGE